UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, ALLSTATE NEW JERSEY PROPERTY AND CASUALTY INSURANCE COMPANY, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, and NORTHRBOOK INDEMNITY COMPANY

                                                    Plaintiffs,

-against-

FOTIMA ABUTOVA, IVAN BATIASHVILI, SAM (SEMYON BLINDER, MIACHEL BORUKHOV, YURIY DENISOV, KONSTANTIN DZHAGINOV, ALEKSANDR FIRYANER, VLADIMIR GEYKHMAN, MOYSEY IFRAIMOV, VLADIMIR KAMINSKY, ARIEL KANDHOZOV A/K/A/ ARIEL KANDHOROV AND ARIEL KAND, SERGEY LAZAREV, DANIEL LYANDRES, OLGA MULLAKANDOVA, VLADIMIR NAZAROV, YEVGENY (EUGENE) NEMETS, SERGE OGAN, SEMYON POGREBIZHSKY, YEVGENY SPEKTOR, INNA TKACHENKO, MAKSYM TKACHENKO, RENATA TKACHENKO, IOSIF VALDMAN, DAVID ZILBER, NISA ZULUNOV, ADVANCED MEDICAL SUPPLY INC., B&Y SURGICAL SUPPLIES INC., BIG APPLE ORTHO PRODUCTS, INC., EXCEL MEDICAL SUPPLIES, INC., FIVE BORO MEDICAL EQUIPMENT, INC., G&A MEDICAL SUPPLY LLC, GOLDSTAR EQUIPMENT IN., HEALTH AND MEDICAL SUPPLY INC., IG MEDICAL SUPPLY, LLC, INFINITY MEDICAL SUPPLY INC. D/B/A KUN MEDICAL SUPPLY, LENDER MEDICAL SUPPLY INC., LONGEVITY MEDICAL SUPPLY, INC., MULTI SERVICE OF NY INC., NEW WAY MEDICAL SUPLY CORP., NEXT CENTURY ENTERPRISES, INC., ORTHOPLUS PRODUCTS, INC., OS ORTHO SERVICES INC., PREMIER DME CORP., PRO DME, INC., QUALITY SERVICE SUPPLIES INC., SIX STAR SUPPLY, INC., SOHO MEDICAL SUPPLIES IN., SVP MEDSUPPLY INC., TAM MEDICAL SUPPLY CORP., TSM MEDICAL SUPPLY & ORTHOCASE INC., ULTIMATE HEALTH PRODUCTS INC., ULTRA ORTHO PRODUCTS INC., UNLIMIMITED MEDICAL SUPPLY SERVICES INC., V+B MAGIC RECOVERY SUPPLY INC., VIP MEDICAL SUPPLIES, INC., VLADENN MEDICAL SUPPLY CORP., MARGARITA AKMALOVA, SHIMON INDICTOR, OLEG SIMAKOV, VADIM ZALOGIN, MICHAEL ZAVRAZHIN, A TO Z WHOLESALE INC., AMERICAN MOBILITY MEDICAL, INC., ANY CHOICE SUPPLY, INC., DEVONIAN INC., EASY HILL WHOLESALE MEDICAL SUPPLY INC., IDEL INTERNATIONAL TRADING INC., IG&NAT SERVICES, INC., IMPRESSA NYC INC., MAJOR MARKET MERCHANDICE INC., MEM WHOLESALE INC., MIKOS TRADING, INC., MIKS TRADING INC., NEW STEP SERVICES INC., ONE STOP WHOLESALE, INC., ROPA INC., VZ GROUP INC., JOHN DOES 1 THROUGH 20 AND ABC CORPORATIONS 1 THROUGH 20,

                                                    Defendants.
----------------------------------------------------------------X

13-CV-3494 (ARR) (LB)

**ORDER**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 29 2017 ★
BROOKLYN OFFICE

D/F

ROSS, United States District Judge:

The Court has received the Report and Recommendation on the instant case dated February 15, 2017 from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the Court has reviewed the Report and Recommendation for clear error on the face of the record. *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

SO ORDERED.

/s/ ARR
Allyne R. Ross
United States District Judge

Dated: March 21, 2017
      Brooklyn, New York